Jerry E. Simpson, Appellee, v. A. B. Bliss, Appellant.

Gen. No. 9,180.

Heard in this court at April term, 1939; opinion filed January 15, 1940. William S. Ellis and Trapp & Trapp, for appellant; Fred I. Edgell, for appellee. Opinion by PRESIDING JUSTICE RIESS. ''Not to be published in full.''